McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
88 Pine Street - 24th Floor
New York, New York 10005
(212) 483-9490
Attorneys for Plaintiff,
Hartford Fire Insurance Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HARTFORD FIRE INSURANCE COMPANY,

           Plaintiff,

v.

RENATO FICHMANN; ROSE CONTAINERLINE, INC.; MARGARET HORTON-BRESHEARS; ERSIN OZERDEN; CAROL BOLLAND; JAMES and LAURA GRESHAM; FRANCYNE PEREIRA; McKENZIE; DESEN LU; WILLIAM and SUSAN BELL; DAVID MACDONALD; RUBY ACOSTA; MIKE WOHLEGMUTH; CRANNY COLLEEN; APHRODITE BERBERIDIS; TRUDIE and PETER SCHREINERWOOD; AMER ABU-HANN; TROMPIZ; JOE EDWARDS; PALLADINO; LINES; KRISTINE BOUDREAU; CHUVAL BONICELLE, CARSON; EL AL MOVING CORP. dba GLOBAL EXPRESS; and BELLA GRUSHKO

           Defendants.

CIVIL ACTION NO.:

**Fed. R. Civ. P. 7.1**
**Corporate Disclosure Statement**



---

    Pursuant to Federal Rule of Civil Procedure 7.1 the following corporate interests of Plaintiff, Hartford Fire Insurance Company, are disclosed:

    1.    Parents:                    The Hartford Financial Services Group, Inc.
    2.    >10% Corporate Owners:    None

|  |  |
|---|---|
| Dated: February 8, 2008 | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br><br>By: _____<br>Adam R. Schwartz<br>88 Pine Street 24th Floor<br>New York, New York 10005<br>(212) 483-9490<br><br>Attorneys for Plaintiff,<br>Hartford Fire Insurance Company |