McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
88 Pine Street – 24th Floor
New York, New York 10005
(212) 483-9490
Attorneys for Plaintiff,
Hartford Fire Insurance Company

**JUDGE BUCHWALD**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HARTFORD FIRE INSURANCE COMPANY,

    Plaintiff,

v.

RENATO FICHMANN; ROSE
CONTAINERLINE, INC.; MARGARET
HORTON-BRESHEARS; ERSIN OZERDEN;
CAROL BOLLAND; JAMES and LAURA
GRESHAM; FRANCYNE PEREIRA;
McKENZIE; DESEN LU; WILLIAM and SUSAN
BELL; DAVID MACDONALD; RUBY
ACOSTA; MIKE WOHLEGMUTH; CRANNY
COLLEEN; APHRODITE BERBERIDIS;
TRUDIE and PETER SCHREINERWOOD;
AMER ABU-HANN; TROMPIZ; JOE
EDWARDS; PALLADINO; LINES; KRISTINE
BOUDREAU; CHUVAL BONICELLE,
CARSON, EL AL MOVING CORP. dba
GLOBAL EXPRESS; and BELLA GRUSHKO

    Defendants.

CIVIL ACTION NO.:
**08 CV 01321**

ORDER TO DEPOSIT SUM OF MONEY
WITH THE COURT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/08

---

The above entitled cause having come before the Court upon the application filed by McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for plaintiff, Hartford Fire Insurance Company, to deposit a sum of money with the Court pursuant to Rule 67 of the Federal Rules of Civil Procedure, and the Court having considered the application;

NOW THEREFORE, it is on this 21 day of February, 2008

ORDERED that the motion to Deposit a Sum of Money with the Court shall be, and is hereby, granted; and it is further

ORDERED that such sum, to wit, $85,000.00, be deposited by the Clerk into the Registry of this Court as soon as the business of this office allows, and the Clerk shall deposit these funds into an interest-bearing account; and it is further

ORDERED that the sum so invested in the interest-bearing account shall remain on deposit until further order of this Court; and it is further

ORDERED that a certified copy of this Order shall be served upon the Clerk of this Court, or upon the Financial Deputy Clerk.

_____
U.S.D.J.
2/21/08