UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY,<br><br>Plaintiff(s),<br>v.<br><br>RENATO FICHMANN; ROSE CONTAINERLINE, INC.; MARGARET HORTON-BRESHEARS; ERSIN OZERDEN; CAROL BOLLAND; JAMES and LAURA GRESHAM; FRANCYNE PEREIRA; McKENZIE; DESEN LU; WILLIAM and SUSAN BELL; DAVID MACDONALD; RUBY ACOSTA; MIKE WOHLEGMUTH; CRANNY COLLEEN; APHRODITE BERBERIDIS; TRUDIE and PETER SCHREINERWOOD; AMER ABU-HANN; TROMPIZ; JOE EDWARDS; PALLADINO; LINES; KRISTINE BOUDREAU; CHUVAL BONICELLE, CARSON, EL AL MOVING CORP., dba GLOBAL EXPRESS; and BELLA GRUSHKO,<br><br>Defendant(s). | CIVIL ACTION NO.<br>08-cv-01321 (NRB)<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for ROSE CONTAINERLINE, INC. (a private non-governmental party), certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE ARE PUBLICLY HELD.

Date:   April 10, 2008                                     /s/ William C. Shayne
                                                            Signature of Attorney
                                                            William C. Shayne

                                                            Attorney Bar Code: WS5672