UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY,<br><br>                   Plaintiff(s),<br>   v.<br><br>RENATO FICHMANN; ROSE CONTAINERLINE, INC.; MARGARET HORTON-BRESHEARS; ERSIN OZERDEN; CAROL BOLLAND; JAMES and LAURA GRESHAM; FRANCYNE PEREIRA; McKENZIE; DESEN LU; WILLIAM and SUSAN BELL; DAVID MACDONALD; RUBY ACOSTA; MIKE WOHLEGMUTH; CRANNY COLLEEN; APHRODITE BERBERIDIS; TRUDIE. and PETER SCHREINERWOOD; AMER ABU-HANN; TROMPIZ; JOE EDWARDS; PALLADINO; LINES; KRISTINE BOUDREAU; CHUVAL BONICELLE, CARSON, EL AL MOVING CORP., dba GLOBAL EXPRESS; and BELLA GRUSHKO,<br><br>                   Defendant(s). | CIVIL ACTION NO.<br>08-cv-01321 (NRB)<br><br>NOTICE OF APPEARANCE<br>OF DEFENDANT<br>ROSE CONTAINER LINE |

PLEASE TAKE NOTICE that the Defendant, ROSE CONTAINER LINE, hereby appears in this proceeding by its attorneys, SHAYNE LAW GROUP, P.C., and demands that you serve all papers in this proceeding on the attorneys at the address stated below.

Dated: New York, New York
       April 10, 2008

                                          Shayne Law Group. P.C.
                                          Attorney for Defendant, Rose Container Line
                                          64 Fulton Street, Ste. 1000
                                          New York, NY  10038
                                          (212) 566-4949 (telephone)
                                          (212) 202-5423 (telecopier)

                                          By:     /s/ William Shayne
                                                William C. Shayne (WS 5672)