UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY,<br><br>Plaintiff(s),<br>v.<br><br>RENATO FICHMANN; ROSE CONTAINERLINE, INC.; MARGARET HORTON-BRESHEARS; ERSIN OZERDEN; CAROL BOLLAND; JAMES and LAURA GRESHAM; FRANCYNE PEREIRA; McKENZIE; DESEN LU; WILLIAM and SUSAN BELL; DAVID MACDONALD; RUBY ACOSTA; MIKE WOHLEGMUTH; CRANNY COLLEEN; APHRODITE BERBERIDIS; TRUDIE and PETER SCHREINERWOOD; AMER ABU-HANN; TROMPIZ; JOE EDWARDS; PALLADINO; LINES; KRISTINE BOUDREAU; CHUVAL BONICELLE, CARSON, EL AL MOVING CORP., dba GLOBAL EXPRESS; and BELLA GRUSHKO,<br><br>Defendant(s). | CIVIL ACTION NO.<br>08-cv-01321 (NRB)<br><br>**AFFIRMATION OF SERVICE** |

STATE OF NEW YORK   )
                                    ) ss.:
COUNTY OF NEW YORK)

     I, William C. Shayne, an attorney admitted to practice in this Court, hereby certify that on this 10th day of April, I caused a true and correct copy of the Answer and Cross-Claim to the Complaint in the above-captioned action to be served upon Plaintiff by placing said document in a properly addressed postage prepaid envelope and mailing it via United States Postal Service First Class Mail to the following parties:

        Adam R. Schwartz, Esq
        As Attorney for Hartford Fire Insurance Co.
        McElroy, Deutsch, Mulvaney & Carpenter, LLP
        1300 Mount Kemble Avenue
        P.O. Box 2075
        Morristown, NJ  07962-2075

El Al Moving Corp.
200 Knuth Rd., Ste. 214
Boynton Beach, FL  33436

Bella Grushko
200 Knuth Rd., Ste. 214
Boynton Beach, FL  33436

Signature: __/s/_____