From Maria R Gutierrez or Janine Acosta
Ruby_acosta@yaho.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY,<br><br>                              Plaintiff,<br><br>v.<br><br>RENATO FICHMANN; ROSE CONTAINERLINE, INC.; MARGARET HORTON-BRESHEARS; ERSIN OZERDEN; CAROL BOLLAND; JAMES and LAURA GRESHAM; FRANCYNE PEREIRA; McKENZIE; DESEN LU; WILLIAM and SUSAN BELL; DAVID MACDONALD; RUBY ACOSTA; MIKE WOHLEGMUTH; CRANNY COLLEEN; APHRODITE BERBERIDIS; TRUDIE and PETER SCHREINERWOOD; AMER ABU-HANN; TROMPIZ; JOE EDWARDS; PALLADINO; LINES; KRISTINE BOUDREAU; CHUVAL BONICELLE, CARSON, EL AL MOVING CORP. dba GLOBAL EXPRESS; and BELLA GRUSHKO<br><br>                              Defendants. | CIVIL ACTION NO : 08 CV 01321 |

## WAIVER OF THE SERVICE OF SUMMONS

To:   Adam R. Schwartz, Esq.
      McElroy, Deutsch, Mulvaney & Carpenter, LLP
      1300 Mount Kemble Avenue
      P.O. Box 2075
      Morristown, New Jersey 07962-2075
      Phone: (973) 993-8100
      Facsimile: (973) 425-0161
      Email: aschwartz@mdmc-law.com

   I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

   I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

From   Maria R Gutierrez & Jaime Acosta
Ruby_acosta@yahoo.com

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or motion under Rule 12 within 60 days from the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: April 24, 2008

Signature: *Rubula Gutierrez*

Printed Name: Maria R. Gutierrez

Company: Embassy of Colombia en Mexico

Address: Mexico City

E-mail address: Ruby_acosta@yahoo.com

Telephone Number: (01-55) 55115656

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause the failure.

"Good Cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.