AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | SUMMONS IN A CIVIL CASE, COMPLAINT |
| EFFECTED (1) BY ME: | OUT OF STATE |
| TITLE: | PROCESS SERVER |

DATE: 6-3-08 11:30AM

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

BELLA GRUSHKO

Place where served:
9234 TALWAY CIRCLE BOYNTON BEACH FL

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:
RIVA GRUSHKO

Relationship to defendant: MOTHER

Description of person accepting service:

SEX: F  AGE: 60'S  HEIGHT: 5'4"  WEIGHT: 130  SKIN: W  HAIR: AUBURN  OTHER: ___

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ___   SERVICES $ ___   TOTAL $ ___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 6/3/2008

SIGNATURE OF OUT OF STATE  L.S.
GUARANTEED SUBPOENA SERVICE, INC
2009 MORRIS AVENUE
UNION, NJ 07083

WILLIAM M TAYLOR

| | |
|---|---|
| ATTORNEY: | CHRISTOPHER KUNKEL, ESQ. |
| PLAINTIFF: | HARTFORD FIRE INSURANCE CO |
| DEFENDANT: | RENAO FICHMANN, ET AL |
| VENUE: | DISTRICT OF NY |
| DOCKET: | 08 CV 01321 (NRB) |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.