AO 440 (Rev. 10/93) Summons in a Civil Action   **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **SUMMONS IN A CIVIL CASE, COMPLAINT** |
| EFFECTED (1) BY ME: | **CHRISTOPHER OBIE** |
| TITLE: | **PROCESS SERVER**   DATE: 06/09/2008  07:16PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

BELLA GRUSHKO

Place where served:

23-05 CAROL PL.  FAIRLAWN NJ 07410

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

BELLA GRUSHKO    201-927-0199

Relationship to defendant: SELF

Description of person accepting service:

SEX: F   AGE: 50-55   HEIGHT: 5'6"-5'9"   WEIGHT: 161-200 LBS.   SKIN: WHITE   HAIR: BROWN   OTHER: GLASSES

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____   SERVICES $ _____   TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 06/09/2008

SIGNATURE OF CHRISTOPHER OBIE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

06/09/08
JACKELINE GONZALEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 7, 2010

| | |
|---|---|
| ATTORNEY: | CHRISTOPHER KUNKEL, ESQ. |
| PLAINTIFF: | HARTFORD FIRE INSURANCE CO. |
| DEFENDANT: | RENAO FICHMANN, ET AL |
| VENUE: | DISTRICT OF NY |
| DOCKET: | 08 CV 01321 (NRB) |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

TZ