```
USDS
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

HARTFORD FIRE INSURANCE CO.,

                       Plaintiff,

        - v -

RENATO FICHMANN et al.,

                       Defendants.

------------------------------------X

                                       ORDER

                             08 Civ. 1321 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** this interpleader action was commenced on February 8, 2008; and

    **WHEREAS** the defendants potentially have claims against the $85,000 bond posted by the plaintiff; and

    **WHEREAS** a Certification and Proof of Claim form ("Proof of Claim") has been prepared by the plaintiff and approved by the Court; it is hereby

    **ORDERED** that plaintiff is to mail to each defendant a copy of this Order with a copy of the Proof of Claim attached thereto; and it is further

    **ORDERED** that the mailings sent by plaintiff shall be postmarked no later than July 28, 2008; and it is further

ORDERED that **any defendant wishing to assert a claim against the bond** shall return a completed Proof of Claim to the Court at the following address by October 10, 2008:

> The Honorable Naomi Reice Buchwald
> U.S. District Court Judge
> Daniel Patrick Moynihan United States Courthouse
> 500 Pearl Street, Room 2270
> New York, NY 10007
> USA

Dated:   New York, New York
         July 17, 2008

*(signed)*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

A copy of the foregoing Order has been mailed on this date to the following:

**Attorney for Plaintiff**
Adam R. Schwartz, Esq.
McElroy, Deutsch, Mulvaney, & Carpenter, LLP
1300 Mount Keemble Avenue
PO Box 2075
Morristown, NJ 07962-2075