MᴄELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
88 Pine Street - 24th Floor
New York, New York 10005
(212) 483-9490
Attorneys for Plaintiff,
Hartford Fire Insurance Company

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY, | CIVIL ACTION NO.: 08 cv 1321 (NRB) |
| Plaintiff, | |
| v. | |
| RENATO FICHMANN; ROSE CONTAINERLINE, INC.; MARGARET HORTON-BRESHEARS; ERSIN OZERDEN; CAROL BOLLAND; JAMES and LAURA GRESHAM; FRANCYNE PEREIRA; McKENZIE; DESEN LU; WILLIAM and SUSAN BELL; DAVID MACDONALD; RUBY ACOSTA; MIKE WOHLEGMUTH; CRANNY COLLEEN; APHRODITE BERBERIDIS; TRUDIE and PETER SCHREINERWOOD; AMER ABU-HANN; TROMPIZ; JOE EDWARDS; PALLADINO; LINES; KRISTINE BOUDREAU; CHUVAL BONICELLE, CARSON, EL AL MOVING CORP. dba GLOBAL EXPRESS; and BELLA GRUSHKO | **CERTIFICATION OF SERVICE** |
| Defendants. | |

I, Adam R. Schwartz, Esq. an attorney duly licensed to practice in the United States District Court, Southern District of New York, certify that on July 28, 2008, a true and correct copy of the Court's July 18, 2008, Order and Certification and Proof of Claim form was served on the following defendants by electronic mail:

| | |
|---|---|
| Renato Fichmann | renato@fichmann.com.br |
| Rose Container | neal@rosecontainerline.com |
| Margaret Horton-Breshears | jpb@jpaulbreshears.com |
| Ersin Ozerden | oslowski@gmail.com |
| Carol Bolland Chang | cbolland2005@yahoo.co.uk |
| James & Laura Gresham | jamesandlaura@gmail.com |
| Francyne Pereira | fpereira@charter.net |
| Gloria McKenzie | ahunt@clearwire.net |
| Desen Lu | desen.lu@lighting.ge.com |
| William & Susan Bell | bill.bell3@comcast.net |
| | susan.bell@ehs.ma.state.us |
| | wbell@pcgus.com |
| Ruby Acosta | ruby_acosta@yahoo.com |
| Mike Wohlgemuth | wohlgemuthm@gmail.com |
| Cranny Colleen | ColleenOates@hotmail.com |
| Aphrodite Berberidis | afrodite1956@yahoo.com |
| Trudie & Peter | |
| SchreinerWood | pastb3@xtra.co.nz |
| Amer Abu-Hanna | amerahanna@gmail.com, |
| Carlos Trompiz | carlos.trompiz@fluor.com |
| Edie Palladino | palladino.de@gmail.com |
| Lines | samanthalines@hotmail.com |
| Kristine Boudreau | birdgirl@hotmail.co.uk |

and on the following defendants by Federal Express:

David MacDonald
1026 West 1st Street
Reno, NV 89503

Joseph Edwards
2 Canton Street, Suite 111
Stoughton, MA 02072

**MCELROY, DEUTSCH, MULVANEY, &
CARPENTER, LLP**

Date:  July 28, 2008            s/ Adam R. Schwartz

88 Pine Street - 24th Floor
New York, New York 10005
(212) 483-9490
Attorneys for Plaintiff,
Hartford Fire Insurance Company